KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**COLUMBIA RIVER FISH FARMS, L.L.C., a Washington Limited Liability Company,**<br><br>Debtor. | No.: **08-01669-FLK11**<br><br>Chapter **11**<br><br>**FINDINGS OF FACT** |

**THIS MATTER** coming before the Court upon the issues raised by Debtor's request for confirmation of Debtor's Plan of Reorganization, as amended ("Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. Debtor's Plan of Reorganization was filed herein on September 23, 2009, as amended, and was submitted to Creditors and other parties in interest;

2. That the Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

3. That the provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law; and

4. That (a) each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under

Findings of Fact-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

08-01669-FLK11    Doc 318    Filed 07/15/09    Entered 07/16/09 10:41:16    Pg 1 of 4

Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan; and

     5.    All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

     6.    Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period; and

     7.    That pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor have paid all installments provided by this Plan to be paid within that time.

     8.    Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been resolved.

     9.    It is proper that Debtor's Plan be confirmed, subject to the following:

     a.    The administrative expenses, if any, of the United States of America, Internal Revenue Service ("IRS"), shall be paid as a Class 1 claimant, to the extent funds are available, on a pro rata basis with all Class 1 Claimants, excluding, however, sums already paid toward Court approved professional fees, pursuant to the Order (I) Authorizing And Approving Fourth Revised Summary of Proposal For

Findings of Fact-2

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

08-01669-FLK11   Doc 318   Filed 07/15/09   Entered 07/16/09 10:41:16   Pg 2 of 4

Purchase Of Assets of Columbia River Fish Farms, LLC Made By Dulcich, Inc. dba Pacific Seafood Group or its Assigns; and (II) Authorizing and Approving Sale of Assets of Debtor Free and Clear of Liens, Claims, and Interest, entered by Order of Court on September 5, 2008 ("Sale Order"); Said administrative expenses shall include, but not limited to, any and all capital gains owing from the sale of estate assets;

  b. All tax returns due at the time of confirmation shall be filed prior to entry of the Confirmation Order, and future returns evidencing the sale of estate assets shall be timely filed;

  c. At the time any Class 2 wage Claimant(s) receive(s) a distribution, if any, the IRS shall receive at the same time the employment taxes and tax returns associated with said distribution;

  d. The general unsecured claim of the IRS in the approximate amount of $3,180.53 shall be treated as a Class 11 claim;

  e. The secured claim of Norcan Electric Systems, Inc. shall be allowed as a Class 10 claim, which has been paid in full by Dulcich, Inc. dba Pacific Seafood Group pursuant to the Sale Order; and

  f. The Bankruptcy Estate of Columbia River Fish Farms, LLC is administratively insolvent. The total amount of funds available to be applied toward unpaid administrative expenses is approximately $112,037.31. Upon approval of Debtor's Chapter 11 Plan of Reorganization, as amended, Southwell & O'Rourke, P.S. shall be authorized to disburse from the Debtor's estate account and pay dividends on a pro rata basis estimated as follows:

Findings of Fact-3

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

08-01669-FLK11 Doc 318 Filed 07/15/09 Entered 07/16/09 10:41:16 Pg 3 of 4

| Administrative Expense Claimant | Amount of Administrative Expense | Estimated Projected Distribution |
|---|---:|---:|
| Andre Leblanc | $4,642.31 | $3,410.11 |
| Brown Line LLC | $1,673.55 | $1,229.34 |
| Cascade Analytical, Inc. | $332.54 | $244.27 |
| Chevron and Texaco Card Services | $9,573.73 | $7,032.59 |
| Coulee Hardware | $4,065.18 | $2,986.17 |
| Dave and Kathy Winzer | $725.00 | $532.56 |
| Department of Labor & Industries | $5,509.43 | $4,047.07 |
| Diebel's Welding & Machine, Inc. | $768.08 | $564.21 |
| Employment Security | $999.36 | $734.10 |
| Ford Elsaesser | $6,000.00 | $4,407.43 |
| Internal Revenue Service | $3,349.58 | $2,460.50 |
| Les Schwab Tire Center | $252.50 | $185.48 |
| Meyer Tax Service | $8,296.60 | $6,094.45 |
| Pepe' | $49.14 | $36.10 |
| Progessive | $154.14 | $113.23 |
| RPM Transport | $9,900.00 | $7,272.26 |
| Southwell & O'Rourke | $65,542.29 | $43,068.26 |
| Sprint | $281.29 | $206.63 |
| The Computer Specialist LLC | $85.00 | $62.44 |
| TNT Welding & RV | $1,514.38 | $1,112.42 |
| Unicel (Rural Cell) | $5,107.38 | $3,751.74 |
| US Trustee Fees | $5,610.97 | $4,121.66 |
| Werner Jost (Fortune Bay) | $25,000.00 | $18,364.29 |
| **TOTAL** | **$159,432.45** | **$112,037.31** |

All professional fees shall be subject to application and Court approval, pursuant to 11 U.S.C. § 330.

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Kevin O'Rourke
KEVIN O'ROURKE, WSBA #28912

So Ordered this 15th day of July, 2009

Frank L. Kurtz
Judge

Findings of Fact-4

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159