KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**COLUMBIA RIVER FISH FARMS, L.L.C.,**<br>a Washington Limited Liability Company,<br><br>Debtor. | No.: **08-01669-FLK11**<br><br>Chapter **11**<br><br>**CONCLUSIONS OF LAW** |

**THIS MATTER** came on for hearing on the filing of the Plan of Reorganization ("Plan"), and the Court having herein entered its Findings of Fact, based upon the evidence produced, the Court now makes the following:

## CONCLUSIONS OF LAW

1.   The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

2.   The provisions of Chapter 11 have been complied with; the Plan has been proposed in good faith and not by means forbidden by law; and

3.   (i) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date, or (ii) the Plan does not discriminate unfairly,

Conclusions of Law-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

08-01669-FLK11    Doc 319    Filed 07/15/09    Entered 07/16/09 11:38:59    Pg 1 of 5

and is fair and equitable with respect to each class of claims or interest that are impaired under the Plan and has not accepted the Plan; and

4. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by an other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

5. The identity qualifications and affiliations of the persons who are to be directors or officers, if any, of the Debtor after confirmation of the Plan have been fully disclosed, and the appointment of such persons to such offices or the continued appointment of such persons to such offices, or their continuance therein, is equitable and consistent with the interests of the creditors and equity security holders and with public policy; and

6. The identity of any insider that will be employed or retained by the Debtor and their compensation has been fully disclosed; and

7. (i) Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtor or (ii) if the Plan is a Plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for eventuality if the liquidation is not accomplished in that period; and

8. Substantial consummation shall not occur before the sixtieth (60th) day after the Effective Date; and

Conclusions of Law-2

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

9. Closing of Case: Thirty (30) days following the filing of the final account, the final decree will be entered and the case shall be closed, unless a motion is filed requesting that the final decree not be so entered; and

10. Debtor's Plan shall be confirmed, subject to the following:

Notwithstanding any provision of the Plan to the contrary:

    a. The administrative expenses, if any, of the United States of America, Internal Revenue Service ("IRS"), shall be paid as a Class 1 claimant, to the extent funds are available, on a pro rata basis with all Class 1 Claimants, excluding, however, sums already paid toward Court approved professional fees, pursuant to the Order (I) Authorizing And Approving Fourth Revised Summary of Proposal For Purchase Of Assets of Columbia River Fish Farms, LLC Made By Dulcich, Inc. dba Pacific Seafood Group or its Assigns; and (II) Authorizing and Approving Sale of Assets of Debtor Free and Clear of Liens, Claims, and Interest, entered by Order of Court on September 5, 2008 ("Sale Order"); Said administrative expenses shall include, but not limited to, any and all capital gains owing from the sale of estate assets;

    b. All tax returns due at the time of confirmation shall be filed prior to entry of the Confirmation Order, and future returns evidencing the sale of estate assets shall be timely filed;

    c. At the time any Class 2 wage Claimant(s) receive(s) a distribution, if any, the IRS shall receive at the same time the employment taxes and tax returns associated with said distribution;

Conclusions of Law-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

d. The general unsecured claim of the IRS in the approximate amount of $3,180.53 shall be treated as a Class 11 claim; and

e. The secured claim of Norcan Electric Systems, Inc. shall be allowed as a Class 10 claim, which has been paid in full by Dulcich, Inc. dba Pacific Seafood Group pursuant to the Sale Order; and

f. The Bankruptcy Estate of Columbia River Fish Farms, LLC is administratively insolvent. The total amount of funds available to be applied toward unpaid administrative expenses is approximately $112,037.31. Upon approval of Debtor's Chapter 11 Plan of Reorganization, as amended, Southwell & O'Rourke, P.S. shall be authorized to disburse from the Debtor's estate account and pay dividends on a pro rata basis estimated as follows:

| Administrative Expense Claimant | Amount of Administrative Expense | Estimated Projected Distribution |
|---|---|---|
| Andre Leblanc | $4,642.31 | $3,410.11 |
| Brown Line LLC | $1,673.55 | $1,229.34 |
| Cascade Analytical, Inc. | $332.54 | $244.27 |
| Chevron and Texaco Card Services | $9,573.73 | $7,032.59 |
| Coulee Hardware | $4,065.18 | $2,986.17 |
| Dave and Kathy Winzer | $725.00 | $532.56 |
| Department of Labor & Industries | $5,509.43 | $4,047.07 |
| Diebel's Welding & Machine, Inc. | $768.08 | $564.21 |
| Employment Security | $999.36 | $734.10 |
| Ford Elsaesser | $6,000.00 | $4,407.43 |
| Internal Revenue Service | $3,349.58 | $2,460.50 |
| Les Schwab Tire Center | $252.50 | $185.48 |
| Meyer Tax Service | $8,296.60 | $6,094.45 |
| Pepe' | $49.14 | $36.10 |
| Progessive | $154.14 | $113.23 |
| RPM Transport | $9,900.00 | $7,272.26 |
| Southwell & O'Rourke | $65,542.29 | $43,068.26 |
| Sprint | $281.29 | $206.63 |

Conclusions of Law-4

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

| | | |
|---|---:|---:|
| The Computer Specialist LLC | $85.00 | $62.44 |
| TNT Welding & RV | $1,514.38 | $1,112.42 |
| Unicel (Rural Cell) | $5,107.38 | $3,751.74 |
| US Trustee Fees | $5,610.97 | $4,121.66 |
| Werner Jost (Fortune Bay) | $25,000.00 | $18,364.29 |
| **TOTAL** | $159,432.45 | $112,037.31 |

All professional fees shall be subject to application and Court approval, pursuant to 11 U.S.C. § 330.

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Kevin O'Rourke
    KEVIN O'ROURKE, WSBA #28912

*So Ordered this 15th day of July, 2009*

*[signature]*
Judge

Conclusions of Law-5

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159